# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:16-cr-00242-GMN-CWH |
| vs. | ) **ORDER** |
| NICHOLAS JONES, | ) |
| Defendant. | ) |

Presently before the court is the government's Motion to Strike Defendant Jones' Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 72), filed on June 13, 2017. Defendant filed a response (ECF No. 73) on June 27, 2017. The government filed a reply (ECF No. 74) on July 3, 2017.

Defendant was sentenced on October 27, 2017. (Mins. of Proceedings (ECF No. 116).) Given that the "right to be free from unwarranted restraints" applies in the pretrial, trial, and sentencing phases of a case, and that Defendant has been sentenced, the court will deny the government's motion as moot. *United States v. Sanchez-Gomez*, 859 F.3d 649, 660-61 (9th Cir. 2017).

IT IS THEREFORE ORDERED that the government's Motion to Strike Defendant Jones' Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 72) is DENIED as moot.

DATED: November 2, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**